IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>V. )<br>)<br>THE PAINTING COMPANY )<br>) | Case: 1:07-cv-01070<br>Judge Urbina, Ricardo M. |

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and for good cause shown, the undersigned parties stipulate to a 60-day extension of time, from the date of this filing, within which to respond to the Complaint in the above-captioned case.

On June 14, 2007, a process server served the Complaint on Defendant The Painting Company. The Complaint alleges that The Painting Company is delinquent in making contributions into the International Painters and Allied Trades Industry Pension Fund ("the Fund"), a multi-employer fund. Plaintiff's allegations are based on several collective bargaining agreements that Defendants do not have in their possession. Defendants have requested copies of those agreements and the documents governing the terms of the Fund. Those documents are extensive and will take time for Defendants to review once it receives the documents which Plaintiff has agreed to produce. Defendants respectfully request an extension of time in order to have an opportunity to review these documents before filing a responsive pleading.

In addition, Defendant in this action filed a Complaint for Declaratory Judgment on June 8, 2007 in the United States District Court for the Southern District of Ohio. The Fund and its sponsoring unions are all named Defendants in that action. Defendants in that action have

requested an extension of time to respond to the Declaratory Judgment until September 11, 2007. The parties believe that it would be advantageous for the responsive pleadings in both actions to be filed about the same time.

Date:   July 6, 2007

                                   Respectfully submitted,

                                   For Defendant, The Painting Company

                                   /s/  Tess J. Ferrera
                                   Tess J. Ferrera (D.C. Bar No. 435469)
                                   Thompson Hine, LLP
                                   1920 N Street, N.W., Suite 800
                                   Washington, D.C. 20036
                                   (202) 973-2763 direct line
                                   (202) 478-2588

                                   For the Plaintiff, International Painters and Allied Trades Industry Pension Fund

                                   /s/  Sanford G. Rosenthal
                                   Sanford G. Rosenthal, (D.C. Bar No. 478737
                                   Jennings Sigmond, PC
                                   The Penn Mutual Towers, 16th Floor
                                   510 Walnut Street
                                   Philadelphia, PA 19106

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND )
ALLIED TRADES INDUSTRY PENSION )
FUND )        Case: 1:07-cv-01070
                                                            )        Judge Urbina, Ricardo M.
V. )
        )
THE PAINTING COMPANY )
        )

### ORDER

IT IS SO ORDERED, for good cause shown, the stipulated request for an extension of time within which to file a response to the Complaint in the above caption case is granted.

Date:_____                    _____

                                           Judge Ricardo M. Urbina