IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, *et al.* ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE PAINTING COMPANY ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 07-01070(RMU) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Richard B. Sigmond, Esquire on behalf of the International Painters and Allied Trades Industry Pension Fund and Gary J. Meyers in the above-referenced matter.

                                    Respectfully submitted,

                                    JENNINGS SIGMOND, P.C.

                                    BY: /s/ Richard B. Sigmond
                                    RICHARD B. SIGMOND, ESQUIRE
                                    (I.D. NO. 446969)
                                    The Penn Mutual Towers, 16th Floor
                                    510 Walnut Street, Independence Square
                                    Philadelphia, PA 19106-3683
                                    (215) 351-0611

Date: October 8, 2007                Attorney for Plaintiff

188822-1

## CERTIFICATE OF SERVICE

I, Richard B. Sigmond, Esquire, state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System and/or first class mail, postage prepaid on the date and to the address below:

Tess J. Ferrera
Thompson Hine, LLP
1920 N Street, N.W., Suite 800
Washington, DC  20036

William R. Case
Thompson Hine, LLP
10 W. Broad Street, Ste. 700
Columbus, OH  43215

Attorneys for The Painting Company

    /s/ Richard B. Sigmond
RICHARD B. SIGMOND, ESQUIRE

DATE: October 8, 2007

188822-1