IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, *et al.* ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> THE PAINTING COMPANY ) <br> ) <br> Defendant ) | CIVIL ACTION <br> NO. 07-01070(RMU) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT
OR, IN THE ALTERNATIVE, TRANSFER OR STAY THE PROCEEDINGS**

Plaintiffs, International Painters and Allied Trades Industry Pension Fund and Gary J. Meyers, a fiduciary (jointly "Plaintiffs") by and through their legal counsel, Jennings Sigmond, P.C., submit this Unopposed Motion for an Extension of Time For to Respond to Defendant's Motion to Dismiss Amended Complaint, or in the Alternative, Transfer or Stay the Proceedings. Plaintiffs request an extension until October 25, 2007, and counsel for the Defendant has agreed to that date. The reason for said extension is as follows:

Sanford Rosenthal, the principal contact and supervising attorney on delinquencies for the International Painters and Allied Trades Industry Pension Fund has taken an unexpected extended medical leave effective September 28, 2007. In his absence another attorney in his department must familiarize herself with the case and prepare the response. This motion is unopposed.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order granting an extension of time to October 25, 2007, for Plaintiffs to file a response to the Motion to Dismiss

188520-1

Amended Complaint, or in the Alternative, Transfer or Stay the Proceedings in the above captioned matter.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                BY: /s/ Richard B. Sigmond
                     RICHARD B. SIGMOND
                     Bar No. 446969
                     SANFORD G. ROSENTHAL
                     Bar No. 478737
                     ELIZABETH A. COLEMAN*
                     The Penn Mutual Towers, 16th Floor
                     510 Walnut Street, Independence Square
                     Philadelphia, PA 19106-3683
                     (215) 351-0609/0611/0644
                     Attorneys for the Fund

Date: October 8, 2007

*Application for Pro Hac Admission of Elizabeth A. Coleman shall be made at the appropriate time.

188520-1

## CERTIFICATE OF SERVICE

I state under penalty or perjury that a copy of the foregoing Unopposed Motion for an Extension of Time For Plaintiffs to Respond to Defendant's Motion to Dismiss Amended Complaint, or in the Alternative, Transfer or Stay the Proceedings was served electronically via the CM/ECF System and/or first class mail, postage prepaid or acceptable substitute service by electronic mail or fax on the date set forth below addressed to:

>Tess J. Ferrera
>Thompson Hine, LLP
>1920 N Street, N.W., Suite 800
>Washington, DC  20036
>
>William R. Case
>Thompson Hine, LLP
>10 W. Broad Street, Ste. 700
>Columbus, OH  43215

Attorneys for The Painting Company

/s/ Richard B. Sigmond
RICHARD B. SIGMOND

Date: October 8, 2007

188520-1