IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | Case: 1:07-cv-01070 Judge Urbina, Ricardo M. |
| v. | ) ) | |
| THE PAINTING COMPANY | ) ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TRANSFER OR STAY THE PROCEEDINGS**

Defendant, The Painting Company ("Painting Co."), by and through counsel, submits this Unopposed Motion for an Extension of Time to Reply to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint, or, in the Alternative, Transfer or Stay the Proceedings. Defendant requests an extension until November 30, 2007, because Defendant's counsel has a number of deadlines that conflict with the Reply brief's due date and a very heavy travel schedule in the next five weeks. Counsel for the Plaintiffs have agreed to the extension.

WHEREFORE, Defendant prays that this Honorable Court enter an Order granting an extension of time to November 30, 2007, for Defendant to file a Reply to Plaintiffs'

Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint or, in the Alternative, Transfer or Stay the Proceedings.

Date: 10/29/07

Respectfully submitted,

Tess J. Ferrera, (D.C. 435469)
Thompson Hine LLP
1920 N Street, N.W., Suite 800
Washington, D.C. 20036
(202)973-2763 Direct line
(202) 478-2588 Fax

*Counsel for The Painting Company*

## CERTIFICATE OF SERVICE

I state under penalty of perjury that a copy of the foregoing Unopposed Motion for an Extension of time to Respond to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint or, in the Alternative, Transfer or Stay the Proceedings was served electronically via the CM/ECF System and/or first class mail, postage prepaid or acceptable substitute service by electronic mail or fax on the date set forth below addressed to:

Richard B. Sigmond
Sanford G. Rosenthal
Elizabeth A. Coleman
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106

Date: 10/29/07

Tess J. Ferrera

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>v.<br><br>THE PAINTING COMPANY | Case: 1:07-cv-01070<br>Judge Urbina, Ricardo M. |

### ORDER

IT IS SO ORDERED, for good cause shown, the unopposed request for an extension of time within which to file a response to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint or, in the Alternative, Transfer or Stay the Proceedings in the above caption case is granted. Defendant's Reply brief is due November 30, 2007.


Date:_____                          _____
                                          Judge Ricardo M. Urbina