IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* ) ) ) )   Plaintiffs, ) v. ) ) THE PAINTING COMPANY ) )   Defendant. ) | CIVIL ACTION NO. 07-01070(RMU) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, as counsel for Plaintiffs in the above-captioned matter.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

BY:   /s Sanford G. Rosenthal
        SANFORD G. ROSENTHAL, ESQUIRE
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Suite 1600
        Philadelphia, PA 19106
        (215) 351-0611/0674

191061-1