IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 07-01070(RMU) |
| THE PAINTING COMPANY | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO**
**APPEAR PRO HAC VICE**

Richard B. Sigmond, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-styled action, respectfully applies to this Court for permission for Shanna M. Cramer to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1. Shanna M. Cramer is associated with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2. Shanna M. Cramer graduated from Rutgers Law School in 2001. She is a member in good standing and admitted to practice in Pennsylvania, New Jersey and before the United States District Court for the Eastern District of Pennsylvania. Ms. Cramer is not currently suspended or disbarred in any court.

3. Ms. Cramer's practice is devoted entirely to the representation of multiemployer funds such as the Plaintiff Fund.

191057-1

4.   Richard B. Sigmond, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Richard B. Sigmond requests that this Court grant leave for Shanna M. Cramer to appear *pro hac vice* during these proceedings.

                Respectfully submitted,

                JENNINGS SIGMOND

                BY: /s Richard B. Sigmond
                      RICHARD B. SIGMOND
                      The Penn Mutual Towers, 16th Floor
                      510 Walnut Street, Independence Square
                      Philadelphia, PA 19106-3683
                      (215) 351-0609

                Counsel for Plaintiff

Dated: December 6, 2007

191057-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 07-01070(RMU) |
| THE PAINTING COMPANY | ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of December, 2007:

ORDERED that Shanna M. Cramer may appear *pro hac vice* during the proceedings in the above-styled action.

BY THE COURT

Date:_____

_____
Ricardo M. Urbina,        J.
United States District Judge

191057-1

Copies of this Order shall be sent to:

Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Tess J. Ferrera, Esquire
Thompson Hine LLP
1920 N. Street, N.W., Suite 800
Washington, DC 20036

191057-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 07-01070(RMU) |
| THE PAINTING COMPANY | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF SHANNA M. CRAMER

Shanna M. Cramer states as follows:

1. My name is Shanna M. Cramer. I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and State of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3. I am a member in good standing of the bars of both the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have been retained as counsel for the Plaintiff in this matter.

5. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

191057-1

6. I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: December 6, 2007              /s Shanna M. Cramer
                                               SHANNA M. CRAMER

191057-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted via first class mail, postage prepaid on the date set forth below to:

Tess J. Ferrera, Esquire
Thompson Hine, LLP
1920 N. Street, N.W., Suite 800
Washington, DC 20036

/s Richard B. Sigmond
RICHARD B. SIGMOND

DATE: December 6, 2007

191057-1