**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | : : : : | | |
| Plaintiffs, | : : | | |
| v. | : : | Case No. Judge: | 1:07-CV-01070-RMU Ricardo M. Urbina |
| THE PAINTING COMAPNY | : : | Deck Type: | Labor/ERISA |
| Defendant. | : | | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Geoffrey M. Bohn, of the law firm BOHN & KOURETAS, PLC, hereby enters his appearance on behalf of defendant The Painting Company in the captioned matter. Accordingly, any future communications to defendant The Painting Company should be directed to Mr. Bohn at the contact information provided below.

THE PAINTING COMPANY


__/s/ Geoffrey M. Bohn_____
Geoffrey M. Bohn (D.C. Bar # 463248)
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216
Tel:    (703) 599-7076
Fax:    (703) 842-8089

Attorneys for defendant The Painting Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of February, 2008, a copy of the foregoing was filed with the Court e-filing system, and opposing parties, counsel identified below, and the judge served consistently with those procedures.

Richard B. Sigmond, Esq.
Elizabeth A. Coleman, Esq.
Shanna M. Cramer, Esq.
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Teresita J. Ferrera, Esq.
THOMPSON HINE LLP
1920 N Street, NW
Washington, D.C.  20036

                                                          __/s/ Geoffrey M. Bohn_____
                                                          Geoffrey M. Bohn