IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | : : : : | | |
| Plaintiffs, | : | | |
| v. | : | Case No. | 1:07-CV-01070-RMU |
| | : | Judge: | Ricardo M. Urbina |
| THE PAINTING COMAPNY | : | Deck Type: | Labor/ERISA |
| | : | | |
| Defendant. | : | | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Geoffrey M. Bohn, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of defendant The Painting Company in the above-styled action, respectfully applies to this Court for permission for David S. Timms to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of defendant The Painting Company.  In support thereof, the undersigned states as follows:

1.    David S. Timms is associated with Mason Law Firm Co., L.P.A. whose offices are located at 425 Metro Place N., Suite 620, Dublin, OH 43017, which represents defendant The Painting Company in this case.

2.    David S. Timms graduated from Georgetown University (J.D.) in 1999. He is a member in good standing and admitted to practice in Ohio and before the United States District Court for the Southern and Northern Districts of Ohio and the U.S. Court of Appeals Third, Sixth and Tenth Circuits.  Mr. Timms has never been suspended or disbarred in any court.  *See attached Declaration of David S. Timms.*

3.  The practices of Mr. Timms is primarily devoted to the representation of management in labor and employment law matters.

4.  Geoffrey M. Bohn, a member of BOHN & KOURETAS, PLC law firm has entered his appearance as local counsel for Defendant. Mr. Bohn has been admitted to this Court since 2000.

WHEREFORE, given the above good and valid reasons, Geoffrey M. Bohn requests that this Court grant leave for David S. Timms to appear *pro hace vice* during these proceedings.

Respectfully submitted,

THE PAINTING COMPANY


  /s/ Geoffrey M. Bohn
Geoffrey M. Bohn (D.C. Bar # 463248)
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216
Tel:   (703) 599-7076
Fax:   (703) 842-8089

Attorneys for defendant The Painting Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of February, 2008, a copy of the foregoing was filed with the Court e-filing system, and opposing parties, counsel identified below, and the judge served consistently with those procedures.

Richard B. Sigmond, Esq.
Elizabeth A. Coleman, Esq.
Shanna M. Cramer, Esq.
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Teresita J. Ferrera, Esq.
THOMPSON HINE LLP
1920 N Street, NW
Washington, D.C.  20036


                __/s/ Geoffrey M. Bohn_____
                Geoffrey M. Bohn

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | : : : : | | |
| Plaintiffs, | : : | | |
| v. | : : | Case No. Judge: | 1:07-CV-01070-RMU Ricardo M. Urbina |
| THE PAINTING COMAPNY | : : | Deck Type: | Labor/ERISA |
| Defendant. | : | | |

**DECLARATION OF DAVID S. TIMMS**

David S. Timms states as follows:

1. My name is David S. Timms. I am Of Counsel with Mason Law Firm Co., L.P.A., 425 Metro Place N., Suite 620, Dublin, OH 43017. My email address is dtimms@maslawfirm.com.

2. I am an attorney duly licensed to practice law in the State of Ohio and have been admitted to practice law before the Supreme Court of Ohio, the United States District Court for the Southern and Northern Districts of Ohio and the U.S. Court of Appeals, Third, Sixth and Tenth Circuits.

3. I am a member in good standing of the bar of the State of Ohio.

4. I have been retained as counsel for the Defendant in this matter.

5. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

6. I seek admission in this Court *pro hac vice* to represent Defendant.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 26, 2008     /s David S. Timms_____
                             DAVID S. TIMMS



THE PAINTING COMPANY


  /s/ Geoffrey M. Bohn_____
Geoffrey M. Bohn (D.C. Bar # 463248)
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216
Tel:   (703) 599-7076
Fax:   (703) 842-8089

Attorneys for defendant The Painting Company

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of February, 2008, a copy of the foregoing was filed with the Court e-filing system, and opposing parties, counsel identified below, and the judge served consistently with those procedures.

Richard B. Sigmond, Esq.
Elizabeth A. Coleman, Esq.
Shanna M. Cramer, Esq.
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Teresita J. Ferrera, Esq.
THOMPSON HINE LLP
1920 N Street, NW
Washington, D.C.  20036


                                                           __/s/ Geoffrey M. Bohn_____
                                                           Geoffrey M. Bohn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | : : : : | | |
| Plaintiffs, | : | | |
| v. | : : | Case No. Judge: | 1:07-CV-01070-RMU Ricardo M. Urbina |
| THE PAINTING COMAPNY | : : | Deck Type: | Labor/ERISA |
| Defendant. | : | | |

## **ORDER**

UPON CONSIDERATION OF the Motion For Leave to Appear *Pro Hac Vice* (Motion) submitted on behalf of David S. Timms, and good cause having been shown, it is this accordingly,

ORDERED, that the aforesaid Motion be, and is hereby, GRANTED, and that David S. Timms may appear *pro hac vice* during the proceedings in the above-styled action.


Date:_____

_____
Judge Ricardo M. Urbina

Copies to:

Richard B. Sigmond, Esq.
Elizabeth A. Coleman, Esq.
Shanna M. Cramer, Esq.
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Teresita J. Ferrera, Esq.
THOMPSON HINE LLP
1920 N Street, NW
Washington, D.C. 20036

Ronald L. Mason, Esq.
David S. Timms, Esq.
MASON LAW FIRM CO., L.P.A.
425 Metro Place N.
Suite 620
Dublin, OH 43017

Geoffrey M. Bohn, Esq.
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216