UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND *et al.*, | : : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 07-1070 (RMU) |
| v. | : : | Document Nos.: | 7, 8 |
| THE PAINTING COMPANY, | : : | | |
| Defendant. | : | | |

## ORDER

**DENYING THE DEFENDANT'S MOTION TO DISMISS;**
**DENYING THE DEFENDANT'S MOTION TO TRANSFER;**
**GRANTING THE DEFENDANT'S MOTION TO STAY PROCEEDINGS**

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of August, 2008,

**ORDERED** that the defendant's motion to dismiss is **DENIED**; and it is

**FURTHER ORDERED** that the defendant's motion to transfer is **DENIED**; and it is

**ORDERED** that the defendant's motion to stay proceedings is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge